# SEYFARTH SHAW

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-4646

Writer's e-mail
emfox@seyfarth.com

March 8, 2018

**BY ECF AND EMAIL**

The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

> Re:  CNH Partners, LLC and AQR Capital Management LLC v. SunEdison, Inc.
> Case Nos. 17-cv-04778 (ALC) and 17-cv-06745 (ALC)
> Request for Extension of Time for Appellant to File Objection to Appellee's
> Motion to Dismiss Appeals as Equitably Moot

Dear Judge Carter:

We represent CNH Partners, LLC and AQR Capital Management LLC ("Appellants") in the above-referenced related appeals (the "Appeals").

Due to the recent winter storms, which have affected our work flow, we write to request that the time fixed by the Court's Order at Docket No. 43 (Case No. 17-04778) for Appellants to file their objection to Appellee's Motion to Dismiss Appeals as Equitably Moot, be extended to and including March 12, 2018, which provides Appellants with one additional business day to file their objection.

In order to maintain the time for SunEdison, Inc. ("SunEdison") to prepare its reply if the extension is granted, SunEdison's time to file its reply should also be extended to and including March 19, 2018.

Counsel to SunEdison has advised that SunEdison does not object to the proposed extension on the terms described.

Appellants have not made any previous request for such an extension.

WASHINGTON, D.C.   SYDNEY   SHANGHAI   SAN FRANCISCO   SACRAMENTO   NEW YORK   MELBOURNE   LOS ANGELES   LONDON   HOUSTON   CHICAGO   BOSTON   ATLANTA

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK



The Honorable Andrew L. Carter
March 8, 2018
Page 2

A proposed form of order is attached.

Very truly yours,

*/s/ Edward M. Fox*

Edward M. Fox

cc: J. Eric Ivester (by ECF and Email)
Anthony W. Clark (by ECF and Email)